# Clark *v.* The State.

### *Adultery.*

(Decided Feb. 9th, 1911. 54 South. 431.)

*Adultery; Evidence; Corroboration.*—On a trial for adultery with a certain woman, it was competent to show that at that time she was pregnant as tending to show that she and the defendant had been having illicit intercourse.

APPEAL from Geneva County Court.

Heard before Hon. E. F. ELSBERRY.

John Clark was convicted of living in adultery with one Bass Clark, a woman, and he appeals. Affirmed.

[Palmer v. The State.]

No counsel marked for appellant.

R'OBERT C. BICKELL, Attorney General, for the State.

ANDERSON, J.—The defendant was indicted for living in adultery with one "Bass Clark," a woman, and the fact that the said "Bass" was pregnant at the time of the trial was a circumstance corroborating the state's theory that the defendant had illicit intercourse with her.

This being the only exception disclosed by the record, the judgment of the county court is affirmed.

Affirmed.

DOWDELL, C. J., and SAYRE and SOMERVILL, JJ., concur.